

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION

Appellate case name:      In re Candice L. Griffin, Relator

Appellate case number:    01-19-00545-CV

Trial court case number:   97725-F

Trial court:             300th District Court of Brazoria County

On July 26, 2019, relator, Candice L. Griffin, filed a "Motion for Temporary Relief to Stay Trial Setting" seeking to stay the trial on the merits commencing on July 29, 2019. Relator's motion for temporary relief contains the required certificate of compliance. *See* TEX. R. APP. P. 52.10(a). Accordingly, the Court **grants** the relator's motion and **ORDERS** that the trial setting for July 29, 2019, is **stayed**. *See* TEX. R. APP. P. 52.10(b). This stay is effective until the petition is finally decided or this Court otherwise orders the stay lifted. *See* TEX. R. APP. P. 52.10(b). Any party may file a motion for reconsideration. *See* TEX. R. APP. P. 52.10(c).

It is so ORDERED.

Judge's signature: ____/s/ Laura C. Higley____
                      ☑ Acting individually    ☐ Acting for the Court
Date: __July 29, 2019____